**Form RAB18** (Official Form 18)(10/05)

# United States Bankruptcy Court

District of Utah
Case No. **10–30725**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Chad R. Chiniquy
   aka International Mortgage Corporation,
   aka Chiniquy Center, LLC
   2933 Chinle Circle
   Saint George, UT 84770

Social Security No.:
   xxx−xx−3003

Employer's Tax I.D. No.:

Petition date: 8/9/10

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                BY THE COURT

Dated: 11/2/10                 William T. Thurman
                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18 continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: clo                   Page 1 of 2                   Date Rcvd: Nov 02, 2010
Case: 10-30725                 Form ID: rab18              Total Noticed: 54

The following entities were noticed by first class mail on Nov 04, 2010.
db           +Chad R. Chiniquy,    2933 Chinle Circle,    Saint George, UT 84770-6287
aty          +Heath H. Snow,    Bingham & Snow, LLP,    230 North 1680 East,    Building M,
               St. George, UT 84790-2594
aty          +Kristin K. Woods,    Rob Graham & Associates,    1091 North Bluff Street,    Suite 306,
               St. George, UT 84770-7194
aty          +Michele P. Chambers,    Rob Graham & Associates,    1091 N. Bluff Street,    Suite 306,
               St. George, UT 84770-7194
tr           +David C. West tr,    321 North Mall Drive,    Suite O-202,    St. George, UT 84790-7302
crcm         +First National Bank of Wynne,    528 East Merriman,    Wynne, AR 72396-2948
7185597      +ANB Venture, LLC,    c/o HALLIDAY & WATKINS, P.C.,    376 East 400 South, Suite 300,
               Salt Lake City, UT 84111-2906
7185598      +Atira Credit Mastercard,    Post Office Box 14542,    Des Moines, IA 50306-3542
7185600      +Bank of America Home Loans,    Post Office Box 5170,    Simi Valley, CA 93062-5170
7185601      +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
7185603      +Beehive Credit Union,    Post Office Box 14542,    Des Moines, IA 50306-3542
7185604      +Beehive Credit Union,    Post Office Box 65479,    Salt Lake City, UT 84165-0479
7185609      +Chase Auto Finance,    Post Office Box 78068,    Phoenix, AZ 85062-8068
7185612      +City of St. George,    175 E. 200 North,    Saint George, UT 84770-2845
7185616      +FPS Southern Utah,    945 North 1300 West,    Saint George, UT 84770-4966
7185613      +Financial Asset Management Systems, Inc.,    Post Office Box 451409,    Atlanta, GA 31145-9409
7185615      +Floyd Rigby,    6642 W. 9720 N.,    American Fork, UT 84003-9049
7215052      +Holly Chiniquy,    253 East 1500 North,    Orem, UT 84057-2621
7185617      +I.C. Systems, Inc.,    Post Office Box 64887,    Saint Paul, MN 55164-0887
7185618      +IC System, Inc.,    444 Hwy 96 East,    P. O. Box 64887,    Saint Paul, MN 55164-0887
7185619      +Indymac Bank,    Post Office Box 78826,    Phoenix, AZ 85062-8826
7185620      +Intermountain Health Care,    Post Office Box 27278,    Salt Lake City, UT 84127-0278
7185621      +Jones, Waldo, Holbrook & McDonough,    301 North 200 East, Suite 3-A,
               Saint George, UT 84770-3041
7185622      +Kingston Management Services,    Post Office Box 631933,    Littleton, CO 80163-1933
7185623      +Kraig K. Jenson, M.D.,    C/O Bonneville Collections,    1186 E. 4600 S., Suite 100,
               Ogden, UT 84403-4896
7185624      +Nationwide Credit, Inc.,    4700 Vestal Pakrwayt East,    Vestal, NY 13850-4750
7185625      +Naylor Wentworth Lund Archtects,    163 West 1600 South, Suite 1,    Saint George, UT 84770-6715
7185626      +Onewest Bank,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
7185627      +Pacific Land MPPP,    170 S. Main Street, Suite 750,    Salt Lake City, UT 84101-1635
7185628      +Pinnacle Credit Service,    7825 Washington Avenue South, Suite 310,    Minneapolis, MN 55439-2424
7185629      +Regional Supply,    3571 So 300 West,    Salt Lake City, UT 84115-4390
7185630      +Rob Graham & Associates,    1091 N. Bluff Street, Suite 306,    Saint George, UT 84770-7194
7185631      +S. Scott Kimche, D.D.S., L.L.C.,    2053 Sidewinder Drive,    Park City, UT 84060-7323
7185632      +Smile Center,    10 South 300 East,    Provo, UT 84606-3201
7185635      +TMG Financial Services,    1500 NW 118th Street,    Clive, IA 50325-8242
7185633       The Ledges Golf Club,    5224 N. Winchester Drive,    Saint George, UT 84770
7185634      +ThysennKrupp Elevator Corporation,    Post Office Box 933013,    Atlanta, GA 31193-3013
7185636      +U.S. Bank,    Post Office Box 790401,    Saint Louis, MO 63179-0401
7185638      +Utah Valley Pediatrics, L.C.,    1355 N. University Avenue, Suite 210,    Provo, UT 84604-2721
7185639      +Visa Black Card Statement,    Post Office Box 13337,    Philadelphia, PA 19101-3337
7185640      +Washington County Auditor,    197 E. Tabernacle,    Saint George, UT 84770-3443
7185641      +Watts Construction Co., Inc.,    251 Hilton Drive, Suite 206,    Saint George, UT 84770-2201
The following entities were noticed by electronic transmission on Nov 03, 2010.
7185596      +EDI: ALLIANCEONE.COM Nov 02 2010 22:48:00      AllianceOne,    4850 Street Road, Suite 300,
               Feasterville Trevose, PA 19053-6643
7299729       EDI: BECKLEE.COM Nov 02 2010 22:48:00      American Express,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355 0701
7185599      +EDI: BANKAMER.COM Nov 02 2010 22:48:00      Bank of America,    Post Office Box 15019,
               Wilmington, DE 19886-5019
7185602      +EDI: TSYS2.COM Nov 02 2010 22:53:00      Barclays Bank Delaware,    125 S. West Street,
               Wilmington, DE 19801-5014
7185605      +EDI: CAPITALONE.COM Nov 02 2010 22:48:00      Capital One,    Post Office Box 60599,
               City Of Industry, CA 91716-0599
7185607      +EDI: CHASE.COM Nov 02 2010 22:48:00      Chase,    Post Office Box 94014,    Palatine, IL 60094-4014
7185608      +EDI: CHASE.COM Nov 02 2010 22:48:00      Chase,    Post Office Box 15298,
               Wilmington, DE 19850-5298
7185606      +EDI: CHASE.COM Nov 02 2010 22:48:00      Chase,    Post Office Box 15123,
               Wilmington, DE 19850-5123
7185610       EDI: CITICORP.COM Nov 02 2010 22:48:00      Citi,    Post Office Box 6241,
               Sioux Falls, SD 57117-6241
7185611      +EDI: CITICORP.COM Nov 02 2010 22:48:00      Citi Cards,    Post Office Box 6401,
               The Lakes, NV 88901-6401
7185614       E-mail/Text: phall@fnbwynne.com                            First National Bank of Wynne,
               Post Office Box 129,    Wynne, AR 72396-0129
7185637      +EDI: CHASE.COM Nov 02 2010 22:48:00      United Mileage Plus,    Cardmember Services,
               Post Office Box 94014,    Palatine, IL 60094-4014
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-2           User: clo              Page 2 of 2           Date Rcvd: Nov 02, 2010
Case: 10-30725                 Form ID: rab18         Total Noticed: 54
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                **Signature:** _Joseph Speetjens_